FILED
CLERK, U.S. DISTRICT COURT

JUL - 9 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>Alfonso Trujillo-Bahena<br>　　　　　Defendant. | Case No. CR 10-35 DMG<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation or Supervised Release) |

　　　In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

　　　A.　☒　the appearance of the defendant as required; and/or

　　　B.　☒　the safety of any person or the community.

1     The Court concludes that :

2 A.  (X)  Defendant failed to present clear and convincing evidence to establish that Defendant is not a risk of flight because:

*No bail resources*

9 B.  (X)  Defendant failed to present clear and convincing evidence to establish that Defendant does not pose a risk to the safety of other persons or the community because:

*Prior serious felony*

17     IT IS ORDERED that defendant be detained.

19 DATE: 7/9, 2013

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

2